■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL VILLEGAS, Appellant. — Judgment, Supreme Court, New York County (Michael Dontzin, J.), rendered on March 28, 1980, unanimously affirmed. ¶ Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Carro, J. P., Asch, Bloom, Kassal and Alexander, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANNY BRITT, Appellant. — Judgment, Supreme Court, Bronx County (Ivan Warner, J., at trial and sentence; David Stadtmauer, J., at suppression hearing), rendered on June 16, 1982, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Sullivan, Carro, Asch and Lynch, JJ.